JOHNSON PRODUCTS, INC. *v.* CITY COUNCIL OF
MEDFORD ET AL.

No. 1398.   Decided June 10, 1968.

*David Berman* for appellant.

*Arthur V. Getchell* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

PERLA *v.* NEW YORK ET AL.

No. 1407.   Decided June 10, 1968.

*Herald Price Fahringer* and *Eugene Gressman* for petitioner.

*Louis J. Lefkowitz,* Attorney General of New York, *pro se, Ruth Kessler Toch,* Solicitor General, and *Julius L. Sackman,* Assistant Attorney General, for respondents.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment is reversed. *Gardner* v. *Broderick, ante,* p. 273.